# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NORMAN CHRISTOPHER TRUESDELL,**

        **Plaintiff,**

**-vs-**                                             Case No.  6:10-cv-1480-Orl-31KRS

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

On January 6, 2011, Magistrate Judge Spaulding entered a Report and Recommendation (Doc. 12), recommending that Defendant's Motion for Remand (Doc. 11) be GRANTED. Plaintiff filed a timely objection to the Report (Doc. 13), which is sustained, in part. Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. It is, therefore

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The Defendant's Motion for Remand (Doc. 11) is GRANTED and this proceeding is remanded to the Commissioner. The Commissioner shall take final administrative action by June 30, 2011.

3. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 20, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE